■ TAMMY L. KOLZ et al., Appellants, v PHILIP S. RAND et al., Respondents. (Appeal No. 1.) [748 NYS2d 307] —Appeal from an order of Supreme Court, Ontario County (Henry, Jr., J.), entered January 8, 2001, which denied plaintiffs' motion for a new trial on the issue of damages for future pain and suffering.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435; *see also* CPLR 5501 [a] [1], [2]). Present—Pigott, Jr., P.J., Wisner, Scudder, Burns and Gorski, JJ.